(88 South. 351)

## STATE v. KIMBRELL. (8 Div. 770.)

(Court of Appeals of Alabama. Feb. 15, 1921.)

**Evidence** ⊕⟶43(2)—**Court of Appeals knows when an order or judgment has been affirmed by it.**

The Court of Appeals, having affirmed an order or a judgment, is bound to know on a subsequent appeal from such order or judgment that, despite the certificate of the clerk of the circuit court to the contrary, the cause is not pending in the lower court.

Appeal from Circuit Court, Lawrence County; O. Kyle, Judge.

Petition for habeas corpus by Love Kimbrell. From an order granting bail to petitioner the State appeals. Petitioner's motion to strike the case from the docket granted.

---

⊕⟶For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

J. Q. Smith, Atty, Gen., for the State. W. H. Long, of Decatur, and G. O. Chenault, of Albany, for appellee.

SAMFORD, J. This cause is submitted on motion of appellee to strike this case from the docket.

An appeal was taken to this court by the state from the same order granting bail to the appellee, which order or judgment was by this court on April 6, 1920, in all things affirmed. State v. Kimbrell, 85 South. 881.[1] We are bound therefore to know that, despite the certificate of the clerk of the circuit court of Lawrence county to the contrary, the cause is now pending in the lower court. The motion to strike the case from the docket of this court is granted.

Motion granted.

___

For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes
[1] 17 Ala. App. 413.